IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01257-BNB

MAURICE HARRIS,

    Plaintiff,

v.

JOE ORTIZ, Executive Director,
GOLDEN, Warden of S.C.F.,
BEVERLY DOWIS, Head of Medical,
JANE & JOHN DOE,
MAJOR OF KITCHEN,
LT. KELLY,
LT. BRADYHOFF, and
NURSE/ORIGINAL CAREGIVER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 2 2006

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Maurice Harris is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Harris has filed *pro se* a Prisoner Complaint alleging that his constitutional rights have been violated. The court must construe the complaint liberally because Mr. Harris is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Harris will be ordered to file an amended complaint.

The court has reviewed the complaint and finds that it is deficient. First, Mr. Harris fails to provide addresses in the complaint for each named Defendant. Although

he lists eight Defendants in the caption of the complaint, Mr. Harris lists only three Defendants in the text of the complaint. As noted on page two of the complaint form, if more than three Defendants are being sued, Mr. Harris must use extra paper to provide the addresses and other information for each Defendant.

The complaint also is deficient because Mr. Harris fails to allege specific facts that demonstrate how each named Defendant personally participated in the alleged violation of his constitutional rights. Mr. Harris alleges that he was denied adequate medical care after he injured his knee on July 18, 2005. However, he fails to allege specific facts to demonstrate how each Defendant denied him adequate medical care. Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Harris must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Therefore, Mr. Harris will be ordered to file an amended complaint to correct these deficiencies. Mr. Harris is reminded that 42 U.S.C. § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives

another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, Mr. Harris should name as Defendants in the amended complaint only those individuals that he believes actually violated his constitutional rights. Accordingly, it is

ORDERED that Mr. Harris file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Harris, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Harris fails within the time allowed to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED August 2, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01257-BNB

Maurice Harris
Prisoner No. 100914
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on  8/2/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk