IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  06-cv-01257-WYD-MJW

MAURICE HARRIS,

Plaintiff,

v.

K. RITTENHOUSE,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that the pro se plaintiff's Motion for Harassment & Retaliation (Docket No. 21) is denied without prejudice for failure to follow the Local Rules of Practice for the United States District Court for the District of Colorado, i.e., D.C.COLO.LCivR 5.1(F) (Certificate of Service), 77.2 (Ex Parte Communication with Judicial Officers).

Date: February 5, 2007