IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01257-WYD-MJW

MAURICE HARRIS,

      Plaintiff(s),

v.

K. RITTENHOUSE, Nurse/Caregiver, SCF,

      Defendant(s).

---

## ORDER AFFIRMING AND ADOPTING RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

---

THIS MATTER is before the Court on Defendant's Motion to Dismiss [# 13], filed December 4, 2006.  The motion was referred to Magistrate Judge Michael J. Watanabe for a recommendation by Order of Reference dated December 5, 2006.  Magistrate Judge Watanabe issued a Recommendation on March 2, 2007, that the above referenced motion be granted.  (Recommendation at 8-9.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 9-10.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah,* 927 F.2d

1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating

that "[i]t does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a de novo or any other standard, when

neither party objects to those findings").  Applying this standard, I am satisfied that the

Recommendation of Magistrate Judge Watanabe is sound and that there is no clear

error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that the above

referenced motion to dismiss should be granted.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge

Watanabe [# 25] dated March 2, 2007, is **AFFIRMED** and **ADOPTED**.  In accordance

therewith, it is

FURTHER ORDERED that the Defendant's Motion to Dismiss [# 13] is

**GRANTED**.  It is

FURTHER ORDERED that Plaintiff's Federal claims for deliberate indifference

are **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that the Court declines to exercise supplemental

jurisdiction over the Plaintiff's state law claim for malpractice.  Accordingly this claim is

**DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that this case shall be terminated.

Dated:  March 23, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

-2-